# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| GHEORGHE DRAGOS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:14-cv-00763-JHH-JEO |
| ERIC HOLDER et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss Petition as Moot. (Doc. 15). In their motion, the Respondents note that the Petitioner was removed from the United States on November 4, 2014. (Doc. 15-1). The Respondents argue that because the Petitioner has been removed from the country, this case is due to be dismissed as moot.

On April 24, 2014, the Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his continued detention by U.S. Immigration and Customs Enforcement (ICE) and seeking release from ICE custody. (Doc. 1). Because he is no longer in ICE custody and has been deported, his petition is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011). A separate order will be entered.

DONE this the 16th day of January, 2015.

_____
SENIOR UNITED STATES DISTRICT JUDGE